UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2016 AUG 18 AM 9:32

Tyrone Adams - 15A5013

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

City of New York, NYPD
Officer(s) John Doe I.D# 955581
John Doe 48 precinct 11pm-7am shift
May 6, 2015

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**16CV 6534**

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Tyrone Adams
ID # 15A5013
Current Institution Fishkill Correctional Facility
Address 1245 Beacon, New York 12508

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Officer John Doe I.D# 955581 Shield # ______
Where Currently Employed New York Police Department
Address 450 Cross Bronx Expressway

Defendant No. 2 Name Officer John Doe 48TH PRECINCT 11PM_7AM SHIFT MAY 6, 2015 Shield # ________
Where Currently Employed New York Police Department
Address 450 Cross Bronx Expressway

Defendant No. 3 Name ________ Shield # ________
Where Currently Employed ________
Address ________

Defendant No. 4 Name ________ Shield # ________
Where Currently Employed ________
Address ________

Defendant No. 5 Name ________ Shield # ________
Where Currently Employed ________
Address ________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

________

B. Where in the institution did the events giving rise to your claim(s) occur?

________

C. What date and approximate time did the events giving rise to your claim(s) occur?
MAY 6, 2015, 2:31am on the corner of E 187st. Officer John Doe I.D.# 555581 and partner slammed me against a wall and charged me with assault and disorderly conduct. Case was later dismissed July 9, 2015. CPL 160.50

D. Facts: On May 6, 2015 at 2:31 AM, I was arrested and charged with assault and disorderly conduct. An offense in which I never committed.

**What happened to you?**

**Who did what?**

Officer John Doe I.D# 955581 rushed towards me and slammed me against a wall on E 187st. Bx, NY. As I exited the store and handcuffed me, while him and his partner search my person. Upon find nothing they still arrested me. They said they were giving me a D.A.T. I later found out I was charged with multiple offenses.

**Was anyone else involved?**

Two other officers helped assit them. 11pm-7am shift.

**Who else saw what happened?**

People in the nieghborhood and the store clerks. And my cusin and her daughters ages 2, 5, 7, 10

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained a gash to the left side of my forehead when officer John Doe # I.D 955581 slammed me against the wall, but no medical treatment was provided.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________________________________

______________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

______________________________________________________________________

1. Which claim(s) in this complaint did you grieve? ______________________________

______________________________________________________________________

2. What was the result, if any? ______________________________________________

______________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ______________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: __________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: ______________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ______________________________

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

**State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).** I want the courts to seek relief in my favor for in the amount of Against the City of New York, The New York Police Department and their officers. For False Arrest and unlawful imprisonment. Also I seek relief for Compensatory and punitive damages.

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of August, 2015

Signature of Plaintiff [signature]

Inmate Number 15A5013

Institution Address Fishkill Correctional Facility
1245 Beacon, New York
12508

__Note__: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15 day of August, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

Tyrone Adams 15A5013
Fishkill Correctional Facility
Box 1245, Beacon, Ny 12508

RECEIVED
SDNY PRO SE OFFICE
2016 AUG 18 AM 9:32

FISHKILL
CORRECTIONAL
FACILITY

Legal mail
neopost
FIRST-CLASS MAIL
08/15/2016
US POSTAGE $001.78
ZIP 12508
041L11251113

ATTN:
Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl street, room 230
New York, New York 10007

USM P3
SDNY

Legal mail