UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone Adams

_____

Write the full name of each plaintiff.

16 cv 6534

(Include case number if one has been assigned)

-against-

City of New York, NYPD, Officer(s),
P.O. Albert Tirado sheild no. 8141,
P.O. Stephen King sheild no. 12382

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/17

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Tyrone                    R                    Adams
First Name                Middle Initial       Last Name


State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

15A5013
Prisoner ID# (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Fishkill Corr. Facility
Current Place of Detention

Box 1245
Institutional Address

Dutchess County, Beacon,    NY              12508
County, City                State           Zip Code

III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Albert          Tirado          8141
First Name          Last Name          Shield #

Police Officer
Current Job Title (or other identifying information)

1 Police Plaza rm. 1406
Current Work Address

New York, New York   NY          10007
County, City          State          Zip Code

Defendant 2:

Stephen          King          12382
First Name          Last Name          Shield #

Police Officer
Current Job Title (or other identifying information)

1 police Plaza rm. 1406
Current Work Address

New York, New York   NY          10007
County, City          State          Zip Code

Defendant 3:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

V.   STATEMENT OF CLAIM

Place(s) of occurrence: Corner of E.187st Beaumont ave

Date(s) of occurrence: May 6, 2015, 2:31 am.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On May 6, 2015, on the corner of E.187TH st, Beaumont ave BX, NY 10458 I was slammed into a wall. Arrested, Detained, charged and indicted On criminal charges that were never committed. Assault 3°, And 3 counts of disorderly conduct. On May 6, 2015 at 2:31am As I exited the store located on Cambreleng ave, E.187st Walking towards a crowd I observed Officer(s) Tirado and King amongst two other officers run from between Prospect ave and Crotona ave E.187st. Nearly two blocks away, It was neither my Concern nor Instrest to why they were running. Until they rushed Me, slammed me against the wall, twisting my wrist and force-fully cuffing me. Officer(s) Tirado and King then searched my person. Upon finding nothing they said they would release me or in worse case give me a (D.A.T) Desk appearence ticket. I told the officer "this is "bull" and you know it." Moments later a supervisor in a squad car appeared. After a brief convo with the officers, the supervisor said to "take me in." And then he drove off. Never being present at the scene. As I was taken into custody, I expressed my feelings on the matter. Officers told me not to worry and that i'll be home by morning. I later found out that I was charge with

Multiple offenses. After sitting in County jail, the case was finally dismissed and all charges were dropped. But the embarassment and shame of being arrested in front of my nieghbors and family will remain forever. These act represent a pattern of events and policy demonstrated by the NYPD against plaintiff by Officer(s) Tirado and King, And have caused plaintiff further mental anguish as a result.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I sustained a small gash to the left side of my forehead, when P.O Albert Tirado slammed me into the wall. P.O. Tirado and P.O king forcefully restrained me. No sign of fleeing or resistance occured on my behalf. No medical treatment was provided once requested. I also suffered mental trauma from the events in question. Had an asthma attack, due to an chronic condition. Didn't recieve an inhaler until my arrival to County Jail.

VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I want the courts to review complaint and order judgement for relief in my favor. Against the City of New York, New York Police Department and their officer(s) P.O ALBERT TiRADO , P.O stephen King. For false arrest, Malicious Prosecution, unlawful imprisionment Abuse of Due Process and 1st amend. Freedom of speech. I seek relief for compenstory and punitive damages for mental, emotional and physical harm. Criminal action was terminated favorably to plaintiff. Pain and suffering.

## VI. RELIEF

Plaintiffs request an order declaring that the defendents have acted in violation of the United States Constitution.

Plaintiff prays for judgment in his favor and damages in his favor against all defendants in amount sufficient to compensate him for the pain and mental anguish suffered by him due to the delibrate indifference and intentional misconduct of defendants, but in no event less than $3,000,000 dollars together with any future attorney's fee's and cost, and such additional relief as the court may deem just and proper.

Respectfully submitted

Tyrone

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied in forma pauperis status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

february 14th, 2017
Dated

Plaintiff's Signature

Tyrone
First Name

R
Middle Initial

Adams
Last Name

Fishkill Corr. Facility Box 1245
Prison Address

Dutchess County, Beacon, NY          12508
County, City                State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: february 14th, 2017

SWORN TO BEFORE ME THIS
14th DAY OF FEBUARY 2017

NOTARY PUBLIC

Peter E. Cardwell
NOTARY PUBLIC, State of New York
No. 01CA6248696
Qualified in Dutchess County
Commission Expires September 26, 20__  19

Page 6

US POSTAGE

FISHKILL
CORRECTIONAL
FACILITY

RECEIVED
SDNY DOCKET UNIT

2017 FEB 24  PM 3: 24

Tyrone Adams 15A5013
Fishkill Corr. Facility
1245
Beacon, NY 12508

"ATTN: PRO SE INTAKE UNIT"

United States District Court
Southern District of New York
The Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, New York 10007-1312


USM P3
SDNY